# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-15-204 |
| | § | |
| BAHRAM MECHANIC | § | |

## ORDER

The court grants the United States's motion to stay and revoke the release order for defendant, Bahram Mechanic. The release of the defendant is stayed until the judge to whom this case is assigned schedules and holds a detention hearing.

SIGNED on April 28, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge