IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v.   § | CASE NO. 4:15-CR-0204 |
| § | |
| BAHRAM MECHANIC, § | |
| Defendant.   § | |

### ORDER

Having received Defendant Khosrow Afghani's Motion to Dismiss Counts 13 and 14 of the Indictment (the "Motion") [Doc. # 173], it is hereby

**ORDERED** that the United States of America's response to the Motion is due by **January 20, 2016.** It is further

**ORDERED** that Defendant Khosrow Afgani's reply is due by **January 27, 2016**.

SIGNED at Houston, Texas, this 7th day of **January, 2015**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\1-CRIMIN\2015\0204ScheduleAfghDismiss.docx  160107.1111